No. 253. ARGONNE CO., INC. v. HITAFFER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *H. Mason Welch* for petitioner. *W. Gwynn Gardiner* for respondent.

No. 257. WILLINGHAM, COLLECTOR OF INTERNAL REVENUE, ET AL. v. HOME OIL MILL ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Perlman* for Willingham, petitioner. *Chas. H. Eyster* for respondents.

No. 259. GEORGE KEMP REAL ESTATE CO. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Alexander S. Andrews* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Harry Marselli* for respondent.

No. 262. CAROLIN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *William A. Alfs* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Lee A. Jackson* for respondent.

No. 265. WORLD FIRE & MARINE INS. CO. v. PALMER ET AL. C. A. 5th Cir. Certiorari denied. *Wm. H. Watkins, P. H. Eager, Jr., Thos. H. Watkins* and *Elizabeth Hulen* for petitioner. *William Harold Cox* for respondents.

No. 266. UNITED STATES v. BEAL ET AL. C. A. 6th Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *Monroe Oppenheimer, Robert E. Sher* and *Harry B. Miller* for respondents.